**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ELIZABETH SRITE**                                                                                    **PLAINTIFF**

**V.**                                            **No. 4:25-cv-00215-JM-ERE**

**FRANK BISIGNANO, Commissioner
of the Social Security Administration**                                        **DEFENDANT**

**ORDER**

The Court has received a Recommendation from United States Magistrate Judge Edie R. Ervin, along with filed objections. After carefully considering these documents and making a *de novo* review of the record, the Court finds Ms. Srite's objections unpersuasive. Therefore, the Court approves and adopts the Recommendation in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner.

IT IS SO ORDERED this 4th day of February, 2026.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE