**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ELIZABETH SRITE**                                                      **PLAINTIFF**

**V.**                          **No. 4:25-cv-00215-JM-ERE**

**FRANK BISIGNANO, Commissioner**
**of the Social Security Administration**                        **DEFENDANT**

## JUDGMENT

Consistent with today's Order, the Commissioner's decision is AFFIRMED.  Judgment is

entered in favor of the Commissioner.

IT IS SO ORDERED this 4th day of February, 2026.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE